# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | 1:09-cv-01455-OWW-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Joshua Todd Woolridge ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2010, pursuant to 28 U.S.C. § 1915(g), the court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. On March 10, 2010, plaintiff filed a motion for reconsideration of the court's order. (Doc. 10.) On March 8, 2010, plaintiff's motion for reconsideration was denied and he was ordered to comply with the court's order of February 18, 2010. (Doc. 11.) More than forty days have passed and plaintiff has not complied with the court's order of February 18, 2010.

Accordingly, this is action is HEREBY DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   March 31, 2010              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE